**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES R. BRAME, SR. : | |
| a.k.a. James R. Brame : | |
| : | Chapter 11 |
| Debtor : | |
| : | Case No. 10-12820 |

**CERTIFICATE OF SERVICE**

I, Allen B. Dubroff, Esquire, Attorney for Debtors, certify that a true and correct copy of the Application of Debtor for employment of Counsel has been served on the 18th day of April, 2010, by first class mail, postage prepaid from Jenkintown, Pennsylvania upon those listed below:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Respectfully Submitted:

/s/ Allen B. Dubroff, Esquire
Allen B. Dubroff, Esquire & Associates, LLC
101 Greenwood Avenue
Jenkintown, PA 19046
(215) 690-3821
allen@dubrofflawllc.com

Dated: 3/15/10

1